No. 951. FOURNIER *v.* UNITED STATES. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. A. Warner Parker* for petitioner. *Solicitor General Thacher,* and

566

*Messrs. Paul D. Miller* and *W. Marvin Smith* for the United States.

